

**ORDERED in the Southern District of Florida on July 07, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In Re:                                            Case No. 09-13790-BKC-EPK

LEE ALLEN KIMMEL,                                 Chapter 7

      Debtor.
_____/

AGREED ORDER ON TRUSTEE'S OBJECTION TO CLAIM #4

THIS CAUSE having come before the Court upon the Trustee's Objection to Claim #4 filed by RBC Bank (USA)(DE#101), upon the response filed by claimant RBC (DE#102), upon the representation by the Trustee that the parties have agreed to the entry of this Order, and the Court having considered the basis for the objection to claim, it is

ORDERED AND ADJUDGED as follows:

1. That the Trustee's objection to Claim #4 is sustained in part and denied in part. Claim #4 filed by RBC Bank (USA) be and the same is hereby allowed as a general unsecured claim in the amount of $485,153.12.

# # #

Submitted by: Deborah Menotte, Trustee, P. O. Box 211087, W. Palm Beach, FL 33421

**Electronic Mail Notice List**

- G Steven Fender    steven.fender@ruden.com, efile2565@ruden.com
- Deborah Menotte    menottetrustee@gmail.com, FL43@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Leslie S. Osborne    rappaport@kennethrappaportlawoffice.com
- Lindsey A Savastano    lsavastano@dstern.com, acruz@dstern.com;bankruptcyecf@dstern.com
- Mark E Steiner    msteiner@dstern.com, bankruptcyecf@dstern.com;phaslam@dstern.com
- Allen R Tomlinson    atomlinson@jones-foster.com, hclemente@jones-foster.com
- Damian A Valladares    dvalladares@dstern.com, jgalvis@dstern.com;lveith@dstern.com;bankruptcyecf@dstern.com